

COM.

v.

**PULLIAM, S.**

**1704 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–25–CR–0002790–2013 (Erie)

Affirmed

■

COM.

v.

**BEER, S.**

**1936 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–33–CR–0000011–2007 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**BEER, S.**

**1937 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–33–CR–0000498–2006 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

**BEER, S.**

**1940 WDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–33–CR–0000494–2006 (Jefferson)

Affirmed—Application to Withdraw as Counsel Granted

